# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

December 19, 2022

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>*IN RE:* CIVIL CONFERENCES BEFORE<br>U.S.M.J. PAUL E. DAVISON | **ORDER**<br><br>7:22-cv-06747-KMK-PED |

      Beginning March 30, 2020, **until further notice**, all parties to civil conferences before Judge Davison shall attend by phone, using the following information:

    <u>Toll-Free Number</u>: (877) 336-1839

    <u>Access Code</u>: 5999739

    The parties should call in from a landline and announce their names before speaking.

    <u>For Settlement Conferences</u>: Clients should NOT be on the conference call. Counsel must have ready telephonic access to clients.

SO ORDERED:

*[signature]*

Hon. Paul E. Davison
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Dec 19, 2022**

DOC # _____ Dec 19, 2022

12/19/22